K. Poncho Baker, No. 156959

**BARSOTTI & BAKER, LLP**
6592 N. FIRST STREET
FRESNO, CALIFORNIA 93710
TELEPHONE: (559) 226-2100
FACSIMILE: (559) 226-7636

Attorneys for Plaintiff, MARIA TERESA GONZALEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA GONZALEZ<br><br>　　　　Plaintiff,<br>　v.<br><br>KRAFT FOODS, INC., KELLY SERVICES, and DOES 1-20, INCLUSIVE<br><br>　　　　Defendants. | Case No.: 1:09-CV-01426-LJO-GSA<br><br>**STIPULATION OF DISMISSAL; ORDER** |

　　　　Plaintiff MARIA TERESA GONZALEZ and Defendant KRAFT FOODS GLOBAL, INC., hereby stipulate and agree as follows:

　　　　Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MARIA TERESA GONZALEZ and Defendant KRAFT FOODS GLOBAL, INC. stipulate and give notice the parties have resolved this dispute with each party to bear its own fees and costs. Further, this matter is dismissed with prejudice with respect to Defendant KRAFT FOODS GLOBAL, INC.

　　　　This stipulation may be signed in counterparts and a copy deemed as valid as the original.

///

///

///

DATED: March 31, 2010

                                        BARSOTTI & BAKER, LLP

                                        By: /s/ K. Poncho Baker
                                              K. Poncho Baker
                                              Attorneys for Plaintiff,
                                              MARIA TERESA GONZLEZ

DATED: March 31, 2010

                                        By: /s/David D. Sohn
                                              David D. Sohn
                                              Attorneys for Defendant,
                                              KRAFT FOODS GLOBAL, INC.

IT IS SO ORDERED:

DATE: __April 6, 2010_____       _/s/ Lawrence J. O'Neill_____
                                                  HONORABLE LAWRENCE J.O'NEILL
                                                  U.S. DISTRICT JUDGE