IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA GONZALEZ, | CASE NO. CV-F-09-1426 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| KELLY SERVICES, et al., | |
| Defendants. / | |

On March 24, 2010, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   October 25, 2010**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1